UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEONTAE R. WILLIAMS,
    Plaintiff,

vs.                                           Case No.: 3:21cv1838/LAC/EMT

MARK INCH,
    Defendant.
_____/

## **ORDER**

    The chief magistrate judge issued a Report and Recommendation on March 2, 2022 (ECF No. 11). The court furnished the plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of April, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**